UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KENNETH C. GRIFFIN,

           Plaintiff,

-against-

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,

           Defendants.

Case No.: 1:22-cv-24023-KMW

**CERTIFICATE OF SERVICE**

I, ROBERT ANDON, hereby certify pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I am employed by the law firm of Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Plaintiff Kenneth C. Griffin in the above-captioned action.

3. Pursuant to Federal Rule of Civil Procedure 4(i)(2) and 4(i)(1)(B)-(C), I effectuated service on Defendant Internal Revenue Service on January 5, 2023, by sending a copy of the Summons, Complaint, and Civil Cover Sheet by certified mail with return receipt requested to (i) the Internal Revenue Service at 950 Pennsylvania Avenue NW, Washington, D.C. 20530 on December 15, 2022; (ii) the Attorney General of the United States at 950 Pennsylvania Avenue NW, Washington, D.C. 20530 on December 15, 2022; and (iii) to the Civil-Process Clerk, U.S. Attorney's Office for the Southern District of Florida, 99 N.E. Main Street, Miami, FL 33131 on January 5, 2023.[1]

---

[1] I first sent a copy of the Summons, Complaint, and Civil Cover Sheet by certified mail with return receipt requested to the Civil-Process Clerk, U.S. Attorney's Office for the Southern

4. Pursuant to Federal Rule of Civil Procedure 4(i)(2) and 4(i)(1)(B)-(C), I effectuated service on Defendant U.S. Department of Treasury on January 5, 2023 by sending a copy of the Summons, Complaint, and Civil Cover Sheet by certified mail with return receipt requested to (i) the U.S. Department of Treasury at 1500 Pennsylvania Ave NW, Washington, D.C. 20220 on December 15, 2022; (ii) the Attorney General of the United States at 950 Pennsylvania Avenue NW, Washington, D.C. 20530 on December 15, 2022; and (iii) the Civil-Process Clerk, U.S. Attorney's Office for the Southern District of Florida, 99 N.E. Main Street, Miami, FL 33131 on January 5, 2023.

5. Defendant Internal Revenue Service received the documents on December 20, 2022, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt, tracking information from the United States Postal Service, and executed return receipt are attached as **Exhibit 1.**

6. Defendant U.S. Department of Treasury received the documents on December 20, 2022, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt, tracking information from the United States Postal Service, and executed return receipt are attached as **Exhibit 2.**

7. The Attorney General of the United States received the documents on December 20, 2022, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt, tracking information from the United States Postal Service, and executed return receipt are attached as **Exhibit 3.**

---

District of Florida, 99 N.E. Main Street, Miami, FL 33131 on December 15, 2022. A copy of the certified mail receipt and tracking information from the United States Postal Service are attached as **Exhibit 5**. I understand that this mail was lost, damaged, or destroyed.

8. The Civil-Process Clerk, U.S. Attorney's Office for the Southern District of Florida received the documents on January 10, 2023, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt, tracking information from the United States Postal Service, and executed return receipt are attached as **Exhibit 4.**

9. I hereby declare under the penalty of perjury that the forgoing statements are true and correct.

Executed on this 13th day of January, 2023 in New York, New York.

_____
Robert Andon