# Exhibit 1

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   I.R.S
   950 Pennsylvania Ave, N.W
   Washington, D.C. 20530

9590 9402 7404 2055 6442 07

2. Article Number (Transfer from service label)

   7020 3160 0000 4310 5958

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
DEC 20 2022

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here — GREELEY STATION NEW YORK DEC 15 2022 9998 USPS

Sent To: IRS, 950 Pennsylvania Ave, NW
Street and Apt. No., or PO Box No.
City, State, ZIP+4®: Washington DC, 20530

7020 3160 0000 4310 5958

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70203160000043105958

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 4:57 am on December 20, 2022 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
December 20, 2022, 4:57 am

**Available for Pickup**
WASHINGTON, DC 20530
December 19, 2022, 10:47 am

**Arrived at Post Office**
WASHINGTON, DC 20018
December 19, 2022, 9:21 am

**In Transit to Next Facility**
December 18, 2022

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 16, 2022, 4:28 pm

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 11:49 pm

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 9:04 pm

**Hide Tracking History**

---

Text & Email Updates ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]