# Exhibit 2



# USPS Tracking®

FAQs >

**Tracking Number:**

## 70203160000043105927

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 3:55 am on December 20, 2022 in WASHINGTON, DC 20022.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20022
December 20, 2022, 3:55 am

**Available for Pickup**
WASHINGTON, DC 20220
December 19, 2022, 10:06 am

**Arrived at Post Office**
WASHINGTON, DC 20018
December 19, 2022, 9:42 am

**In Transit to Next Facility**
December 18, 2022

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 16, 2022, 4:28 pm

**Departed USPS Regional Facility**

Feedback

NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 11:49 pm

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 9:04 pm

**Hide Tracking History**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**