# Exhibit 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave. N.W
   Washington, D.C. 20530

   9590 9402 7404 2055 6442 69

2. Article Number (Transfer from service label)

   7020 3160 0000 4310 5910

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   DEC 02 2022

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ _____
☐ Return Receipt (electronic)   $ _____    Postmark
☐ Certified Mail Restricted Delivery $ _____  Here
☐ Adult Signature Required      $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Sent To U.S. Attorney General
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. N.W
City, State, ZIP+4 Washington, D.C., 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7020 3160 0000 4310 5910

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70203160000043105910

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on December 20, 2022 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
December 20, 2022, 4:57 am

**Available for Pickup**
WASHINGTON, DC 20530
December 19, 2022, 10:47 am

**Arrived at Post Office**
WASHINGTON, DC 20018
December 19, 2022, 9:20 am

**In Transit to Next Facility**
December 18, 2022

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 16, 2022, 4:28 pm

**Departed USPS Regional Facility**

Feedback

NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 11:49 pm

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 9:04 pm

**Hide Tracking History**

---

**Text & Email Updates**  ⌄

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

**See Less** ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70203160000043105941

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on December 20, 2022 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
December 20, 2022, 4:57 am

### Available for Pickup
WASHINGTON, DC 20530
December 19, 2022, 10:47 am

### Arrived at Post Office
WASHINGTON, DC 20018
December 19, 2022, 9:24 am

### In Transit to Next Facility
December 18, 2022

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
December 16, 2022, 4:28 pm

### Departed USPS Regional Facility

Feedback

NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 11:49 pm

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 9:04 pm

**Hide Tracking History**

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**