# Exhibit 4



7020 3160 0000 4310 6023

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee<br>$ | BLEECKER SQUARE POST<br>Postmark Here<br>JAN - 5 2023<br>NEW YORK, NY |
| Extra Services & Fees *(check box, add fee as appropriate)*<br>☐ Return Receipt (hardcopy) $<br>☐ Return Receipt (electronic) $<br>☐ Certified Mail Restricted Delivery $<br>☐ Adult Signature Required $<br>☐ Adult Signature Restricted Delivery $ | |
| Postage<br>$ | |
| Total Postage and Fees<br>$ | |

*Sent To*
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Fl. 33132

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70203160000043106023

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 2:49 pm on January 10, 2023 in MIAMI, FL 33101.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
MIAMI, FL 33101
January 10, 2023, 2:49 pm

**In Transit to Next Facility**
January 9, 2023

**Departed USPS Regional Facility**
OPA LOCKA FL DISTRIBUTION CENTER
January 8, 2023, 6:20 pm

**Arrived at USPS Regional Facility**
OPA LOCKA FL DISTRIBUTION CENTER
January 7, 2023, 1:44 pm

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
January 5, 2023, 9:05 pm

**Hide Tracking History**

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs