# Exhibit 5

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____         Postmark
☐ Certified Mail Restricted Delivery $ _____          Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To
Civil Process clerk, U.S. Attorney office S.D Florida
Street and Apt. No., or PO Box No.
99 NE. 4th Street
City, State, ZIP+4®
Miami, FL 33132

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70203160000043105934

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We could not access the delivery location to deliver your package at 12:10 pm on December 19, 2022 in MIAMI, FL 33132. We will redeliver on the next delivery day. No action needed.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Alert
**No Access to Delivery Location**
MIAMI, FL 33132
December 19, 2022, 12:10 pm

### Departed USPS Regional Facility
OPA LOCKA FL DISTRIBUTION CENTER
December 18, 2022, 9:18 pm

### Arrived at USPS Regional Facility
OPA LOCKA FL DISTRIBUTION CENTER
December 18, 2022, 11:00 am

### In Transit to Next Facility
December 17, 2022

### Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 9:04 pm

Feedback

- Hide Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ʌ

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

# 70203160000043105903

Copy	Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We could not access the delivery location to deliver your package at 12:10 pm on December 19, 2022 in MIAMI, FL 33132. We will redeliver on the next delivery day. No action needed.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Alert
**No Access to Delivery Location**
MIAMI, FL 33132
December 19, 2022, 12:10 pm

### Departed USPS Regional Facility
OPA LOCKA FL DISTRIBUTION CENTER
December 18, 2022, 9:18 pm

### Arrived at USPS Regional Facility
OPA LOCKA FL DISTRIBUTION CENTER
December 18, 2022, 11:00 am

### In Transit to Next Facility
December 17, 2022

### Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER
December 15, 2022, 9:04 pm

● Hide Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs