# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| KENNETH C. GRIFFIN, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendants. | Case No. 1:22-cv-24023-Scola/Goodman |

## JOINT MOTION TO EXTEND RESPONSE DEADLINES RELATED TO DEFENDANT'S MOTION TO DISMISS

The parties in the above captioned action (collectively, "Parties"), by and through their undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, respectfully move this Court to extend the current response deadlines related to Defendant's motion to dismiss from May 9, 2023 (Plaintiff's Opposition Brief) and May 16, 2023 (Defendant's Reply Brief) to May 26, 2023 and June 21, 2023, respectively.

1. Plaintiff commenced this action on December 13, 2022. (ECF No. 1.) On March 8, 2023, Defendant moved for a forty-five day extension of time to respond to Plaintiff's complaint, which Plaintiff did not oppose. (ECF No. 21.) The Court granted that motion on March 9, 2023. (ECF No. 22.) On April 26, 2023, Defendant moved to dismiss Plaintiff's complaint. (ECF No. 23.)

2. Pursuant to Local Rule 7.1(c)(1), Plaintiff's response to the motion to dismiss is currently due on May 9, 2023, and Defendant's reply in support of the motion to dismiss is currently due on May 16, 2023.

3. Good cause exists to extend the current response deadlines related to the pending motion to dismiss from May 9, 2023 (Plaintiff's Response Deadline) and May 16, 2023 (Defendant's Reply Deadline) to May 26, 2023 and June 21, 2023, respectively, because the additional time will provide the Parties opportunities to gather additional information necessary to prepare their responsive pleadings and both Parties would benefit from the additional time.

4. Therefore, in light of the foregoing and pursuant to their agreement, the Parties respectfully request that this Court enter an order resetting the current deadlines as follows:

   a. Plaintiff may file his opposition to the motion to dismiss on or before May 26, 2023; and

   b. Defendant may file a reply in support of the motion to dismiss on or before June 21, 2023.

5. This joint motion is made in good faith and not for purposes of delay, and this Court has not previously modified or extended the deadlines for the response and reply to the pending motion to dismiss.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant this joint motion and enter the motion to dismiss briefing schedule provided above. A proposed order granting this joint motion is attached as **Exhibit A**.

Date: May 3, 2023                              Respectfully Submitted,

*For Plaintiff*

By: */s/ Jason D. Sternberg*
William A. Burck (admitted *pro hac vice*)
Derek L. Shaffer (admitted *pro hac vice*)
Alexander J. Merton (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

Christopher D. Kercher (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com

John F. Bash, III (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(786) 850 3607
jasonsternberg@quinnemanuel.com

*For Defendant*

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: */s/ Zachary A. Gray*
 Elizabeth N. Duncan
ELIZABETH N. DUNCAN
Virginia Bar No. 90685

        ZACHARY A. GRAY
        California Bar No. 291376
        STEPHANIE A. SASARAK
        Maryland Bar No. 1012160096
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Washington, D.C. 20044
        202-514-6546 (v) | 202-514-4963 (f)
        Elizabeth.N.Duncan@usdoj.gov
        Zachary.A.Gray@usdoj.gov
        Stephanie.A.Sasarak@usdoj.gov

        Of counsel:
        MARKENZY LAPOINTE
        United States Attorney
        Southern District of Florida

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 3rd day of May, 2023, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

        By: */s/ Jason D. Sternberg*
        Jason D. Sternberg
        Fla. Bar No. 72887
        jasonsternberg@quinnemanuel.com