# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| KENNETH C. GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants. | Case No. 1:22-cv-24023-Scola/Goodman |

## NOTICE OF SELECTION OF MEDIATOR

PLEASE TAKE NOTICE that, in accordance with this Court's June 6, 2023 Scheduling Order and Order of Referral to Mediation requiring that "[t]he parties must agree upon a mediator within 60 days from the date of this Order" (ECF No. 30 at 5), the Parties in the above-captioned action, by and through their undersigned counsel, respectfully provide notice that they have agreed upon **Elaine E. Feldman, Esq.** of Salmon & Dulberg Dispute Resolution, 1395 Brickell Avenue, Suite 800, Miami, Florida 33131, to serve as a mediator in this action.

Date: August 7, 2023        Respectfully Submitted,

*For Plaintiff*

By:  */s/ Alexander J. Merton*
William A. Burck (admitted *pro hac vice*)
Derek L. Shaffer (admitted *pro hac vice*)
Alexander J. Merton (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334

williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

Christopher D. Kercher (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com

John F. Bash, III (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(786) 850 3607
jasonsternberg@quinnemanuel.com

*For Defendant*

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: */s/ Elizabeth N. Duncan*
Elizabeth N. Duncan
ELIZABETH N. DUNCAN
Virginia Bar No. 90685
ZACHARY A. GRAY
California Bar No. 291376
STEPHANIE A. SASARAK
Maryland Bar No. 1012160096
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-514-6546 (v) | 202-514-4963 (f)
Elizabeth.N.Duncan@usdoj.gov
Zachary.A.Gray@usdoj.gov
Stephanie.A.Sasarak@usdoj.gov

        Of counsel:
        MARKENZY LAPOINTE
        United States Attorney
        Southern District of Florida

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 7th day of August, 2023, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

        By: */s/ Jason D. Sternberg*
        Jason D. Sternberg
        Fla. Bar No. 72887
        jasonsternberg@quinnemanuel.com