# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| KENNETH C. GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants. | Case No. 1:22-cv-24023-RNS/GOODMAN |

## NOTICE OF STRIKING DOCKET ENTRY 32

Plaintiff Kenneth C. Griffin, by and through undersigned counsel, and pursuant to the Clerk's Notice to Filer (D.E. 33), hereby strikes the document filed as (D.E. 32) dated August 7, 2023. Plaintiff's Notice of Selection of Mediator will soon hereafter be filed, which the clerk requested be refiled.

August 9, 2023

Respectfully submitted,

/s/ Jason D. Sternberg
Jason D. Sternberg
Florida Bar No. 72887
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 S. Bayshore Drive, Suite 1550
Miami, Florida 33133-5417
Telephone: (305) 402-4880
Fax: (305) 901-2975
jasonsternberg@quinnemanuel.com

*Attorney for Kenneth C. Griffin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2023, a true and correct copy of the foregoing document was electronically transmitted to all counsel of record via the CM/ECF system.

By: /s/ *Jason D. Sternberg*
Jason D. Sternberg
Florida Bar No. 72887
jasonsternberg@quinnemanuel.com