**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:22-cv-24023-SCOLA/GOODMAN**

KENNETH C. GRIFFIN,

        Plaintiff,

        v.

INTERNAL REVENUE SERVICE and U.S.
DEPARTMENT OF THE TREASURY,

        Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY / POTENTIAL MOOTNESS

Plaintiff respectfully submits this notice of supplemental authority regarding Defendants'

pending motion to dismiss.

Plaintiff alleges that IRS personnel exploited Defendants' willful failures to safeguard

Plaintiff's confidential tax return information, leading to the unlawful disclosure of those materials

to ProPublica for publication.  ECF 1 ¶ 3.  Defendants moved to dismiss asserting, among other

things, that Plaintiff's allegations are implausible and that it may have been a "foreign state actor"

that disclosed Plaintiff's information to ProPublica.  ECF 23 4-5, 10, 13-14.

On September 29, 2023, the U.S. filed a criminal information against Charles Littlejohn,

an IRS contractor, charging him with stealing and unlawfully disclosing confidential return

information of "thousands of the nation's wealthiest people" to a news organization for

publication, in violation of 26 U.S.C. § 6103, as Plaintiff alleged in his complaint.  *United States*

*v. Charles Edward Littlejohn*, 1:23-cr-00343-ACR ECF 1 (D.D.C.). The criminal information

signals that the charged defendant informed the U.S. that a guilty plea is forthcoming.  Likewise,

the charge indicates that the Complaint's allegations are not just plausible—they are true.  Given

this development, we anticipate that Defendants will withdraw their motion to dismiss (in relevant

part), and Plaintiff may likewise seek leave to amend his complaint.

Dated: October 1, 2023                    Respectfully submitted,


                                          By: */s/ Alexander J. Merton*_____
                                          William A. Burck (*pro hac vice*)
                                          Derek L. Shaffer (*pro hac vice*)
                                          Alexander J. Merton (*pro hac vice*)
                                          **QUINN EMANUEL URQUHART & SULLIVAN LLP**
                                          1300 I Street, N.W., Suite 900
                                          Washington, DC 20005
                                          (202) 538-8334
                                          williamburck@quinnemanuel.com
                                          derekshaffer@quinnemanuel.com
                                          ajmerton@quinnemanuel.com

                                          John F. Bash (*pro hac vice*)
                                          **QUINN EMANUEL URQUHART & SULLIVAN LLP**
                                          300 West 6th St, Suite 2010
                                          Austin, TX 78701
                                          (737) 667-6100
                                          johnbash@quinnemanuel.com

                                          Jason D. Sternberg (Florida Bar No. 72887)
                                          **QUINN EMANUEL URQUHART & SULLIVAN LLP**
                                          2601 South Bayshore Dr, Suite 1550
                                          Miami, FL 33133
                                          (305) 402-4880
                                          jasonsternberg@quinnemanuel.com

                                          Christopher D. Kercher (*pro hac vice*)
                                          **QUINN EMANUEL URQUHART & SULLIVAN LLP**
                                          51 Madison Avenue, 22nd Floor,
                                          New York, New York 10010
                                          (212) 849-7000
                                          christopherkercher@quinnemanuel.com

                                          *Counsel to Plaintiff Kenneth C. Griffin*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 1st day of October, 2023, I caused a copy of the foregoing document to be filed with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

By: /s/ Jason D. Sternberg
Jason D. Sternberg
Fla. Bar. No. 72887
jasonsternberg@quinnemanuel.com

3