IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:22-cv-24023-SCOLA/GOODMAN

| | |
|---|---|
| KENNETH C. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Please substitute the appearance of Mary Elizabeth Smith for Elizabeth N. Duncan and Zachary A. Gray as counsel of record for the United States of America in the above-captioned case. Stephanie A. Sasarak will continue to represent the United States of America. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all future notices, orders, filings, and other material relevant to this action should be directed and served upon undersigned counsel at the address shown below.

| | |
|---|---|
| Dated: October 5, 2023 | Respectfully Submitted |
| | DAVID A. HUBBERT<br>Deputy Assistant Attorney General |
| | */s/ Mary Elizabeth Smith*<br>MARY ELIZABETH SMITH<br>Maryland Bar No. 0712110235<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>717 N. Harwood Street, Suite 400<br>Dallas, Texas 75201<br>(214) 880-9779 (v) \| (214) 880-9741 (f)<br>Mary.E.Smith@usdoj.gov<br>STEPHANIE A. SASARAK<br>Maryland Bar No. 1012160096<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 14198<br>Washington, D.C. 20044<br>202-307-2089 (v) \| 202-514-4963 (f)<br>Stephanie.A.Sasarak@usdoj.gov |
| | Counsel for the United States |
| | Of counsel: |
| | MARKENZY LAPOINTE<br>United States Attorney<br>Southern District of Florida |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2023, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record.

                                          */s/ Mary Elizabeth Smith*
                                          MARY ELIZABETH SMITH
                                          Trial Attorney
                                          U.S. Dept. of Justice, Tax Division