**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:22-cv-24023-SCOLA/GOODMAN**

KENNETH C. GRIFFIN,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,

    Defendants.

## NOTICE OF CANCELLATION OF PREVIOUSLY SET HEARING

PLEASE TAKE NOTICE that the hearing on discovery matters previously scheduled on Friday, November 17, 2023 at 3:30 p.m. (D.E. 44) has been cancelled, and re-scheduled before Magistrate Judge Jonathan Goodman on Tuesday, November 28, 2023 at 3:30 PM, in person, at the James Lawrence King Federal Justice Building, Courtroom 11-3, 99 N.E. Fourth Street, Miami, Florida 33132.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel conferred with counsel for Defendants by email dated October 27, 2023 in a good-faith effort to resolve by agreement the issues raised herein, but was unable to reach any resolution of the issues.

Dated: October 30, 2023      Respectfully submitted,

                                      By: *Jason D. Sternberg*
                                      William A. Burck (*pro hac vice*)
                                      Derek L. Shaffer (*pro hac vice*)
                                      Alexander J. Merton (*pro hac vice*)
                                      **QUINN EMANUEL URQUHART & SULLIVAN LLP**
                                      1300 I Street, N.W., Suite 900

Washington, DC 20005
(202) 538-8334
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

John F. Bash (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com

Christopher D. Kercher (*pro hac vice*)
Peter H. Fountain (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

*Counsel to Plaintiff Kenneth C. Griffin*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 30th day of October, 2023, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

By: *Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar. No. 72887
jasonsternberg@quinnemanuel.com
