**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-cv-24023-SCOLA/GOODMAN**

KENNETH C. GRIFFIN,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,

    Defendants.

## RE-NOTICE OF HEARING (IN PERSON)

PLEASE TAKE NOTICE that a hearing on discovery matters will be held before Magistrate Judge Jonathan Goodman on Tuesday, November 28, 2023 at 3:30 PM, in person, at the James Lawrence King Federal Justice Building, Courtroom 11-3, 99 N.E. Fourth Street, Miami, Florida 33132. The discovery matters to be heard include:

1. The validity and adequacy of Defendants' (1) objections and responses to Plaintiff's First Set of Requests for Production, (2) objections and responses to Plaintiff's First Set of Interrogatories, and (3) objections and responses to Plaintiff's First Set of Requests for Admission. Specifically:

    a. The parties' dispute regarding whether discovery should be stayed.

    b. The parties' dispute regarding the applicability and scope of the law enforcement investigatory privilege. *See* Resp. to RFA Nos. 12-14, 19-39; Resp. to RFP Nos. 4-11, 16-24, 26-41; and Resp. to Interrogatories Nos. 1-10.

    c.    The parties' dispute regarding the applicability and scope of 26 U.S.C. § 6103. *See, e.g.*, Resp. to RFA Nos. 12-14, 19-24; Resp. to RFP Nos. 4-11, 16-24, 26-41; and Resp. to Interrogatories Nos. 1-10.

    d.    The parties' dispute regarding the sufficiency of Defendants' responses to Plaintiff's Requests for Admissions that neither specifically admit nor deny the requests, nor state in detail the reason for Defendants' inability to answer. *See, e.g.*, Resp. to RFA Nos. 12-18, 22-25, 27, 30, 42-43.

    e.    The parties' dispute regarding the sufficiency of Defendants' responses to Plaintiff's Requests for Production that refuse to produce any documents or materials, instead relying on vague objections that indicate Defendants have not attempted to obtain any of the requested material. *See, e.g.*, Resp. to RFP Nos. 4-18.

    f.    The parties' dispute regarding the sufficiency of Defendants' responses to Plaintiff's Interrogatories that do not include responsive answers and rely exclusively on boilerplate general objections and relevance objections. *See, e.g.*, Resp. to Interrogatories Nos. 1-2, 4-8.

Copies of the relevant source documents were emailed to Chambers consistent with the procedures set forth in Magistrate Judge Goodman's Discovery Procedures Order. *See* ECF No. 16 at 4.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel conferred with counsel for Defendants by email dated October 27, 2023 in a good-faith effort to resolve by agreement the issues raised herein, but was unable to reach any resolution of the issues.

Dated: October 30, 2023

Respectfully submitted,

By: *Jason D. Sternberg*
William A. Burck (*pro hac vice*)
Derek L. Shaffer (*pro hac vice*)
Alexander J. Merton (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

John F. Bash (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com

Christopher D. Kercher (*pro hac vice*)
Peter H. Fountain (*pro hac vice* forthcoming)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

*Counsel to Plaintiff Kenneth C. Griffin*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 30th day of October, 2023, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

By: *Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar. No. 72887
jasonsternberg@quinnemanuel.com