**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:22-cv-24023-SCOLA/GOODMAN**

KENNETH C. GRIFFIN,

      Plaintiff,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,

      Defendants.

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

      Pursuant to Federal Rule of Civil Procedure 26 and Magistrate Judge Goodman's Post-Discovery Hearing Administrative Order (ECF No. 84 at 2–3), Plaintiff Kenneth C. Griffin and Defendants Internal Revenue Service and U.S. Department of the Treasury respectfully move this Court for entry of a Stipulated Protective Order to govern the disclosure and use of confidential information, documents, deposition testimony, and/or materials produced in the course of this litigation by the Parties or by third parties. The proposed Stipulated Protective Order is attached as Exhibit A.

      Discovery in this case is ongoing. Each Party has sought discoverable material from the other, and Plaintiff has sought material from third parties. As discovery continues, information may arise that is personally identifying or financial in nature, contains proprietary business information, or otherwise should be kept confidential. The Stipulated Protective Order is reasonably necessary to protect such sensitive and confidential information. The Parties have conferred and agreed to the text of the Stipulated Protective Order. The Parties agree that the

Protective Order will govern discovery in this matter and will supplement the Southern District of Florida's Local Rules and the Federal Rules of Civil Procedure.

Courts have "broad discretion" to enter orders to protect confidential information. *See Wreal LLC v. Amazon.com, Inc.*, No. 14-21385-CIV-LENARD/GOODMAN, 2014 WL 12160650, at *3 (S.D. Fla. Nov. 14, 2014). Accordingly, the Parties respectfully request that the Court grant the Parties' Joint Motion for Entry of Stipulated Protective Order and enter the proposed Stipulated Protective Order attached hereto as Exhibit A.

Dated: January 4, 2024

Respectfully submitted,

*For Plaintiff*

By: */s/ Jason D. Sternberg*
William A. Burck (admitted *pro hac vice*)
Derek L. Shaffer (admitted *pro hac vice*)
Alexander J. Merton (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

Christopher D. Kercher (admitted *pro hac vice*)
Peter Fountain (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

John F. Bash (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(786) 850-3607
jasonsternberg@quinnemanuel.com

*For Defendant*

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: */s/ Stephanie A. Sasarak*
MARY ELIZABETH SMITH
Maryland Bar No. 0712110235
STEPHANIE A. SASARAK
Maryland Bar No. 1012160096
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
214-880-9779 (v) | 214-880-9741 (f)
Mary.E.Smith@usdoj.gov
Stephanie.A.Sasarak@usdoj.gov

Of counsel:
MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 4th day of January, 2024 I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

>By: */s/ Jason D. Sternberg*
>Jason D. Sternberg
>Fla. Bar. No. 72887
>jasonsternberg@quinnemanuel.com