UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-cv-24023-SCOLA/GOODMAN

KENNETH C. GRIFFIN,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,

    Defendants.

## NOTICE OF 90 DAYS EXPIRING

Plaintiff Kenneth C. Griffin ("Mr. Griffin") respectfully provides notice, pursuant to Local Rule 7.1(b)(4), that more than 90 days have elapsed since the parties completed briefing on the Government's Motion to Dismiss the Second Amended Complaint. In accordance with Local Rule 7.1(b)(4), Mr. Griffin submits the following:

- The United States' Motion to Dismiss Second Amended Complaint was filed and served on November 27, 2023 (ECF 58);

- Mr. Griffin's Opposition to Motion to Dismiss Second Amended Complaint was filed and served on December 11, 2023 (ECF 74);

- The United States' Reply in Support of Motion to Dismiss was filed and served on December 18, 2023 (ECF 78);

- This Court did not hold a hearing on the Motion to Dismiss.

Dated: April 1, 2024         Respectfully submitted,

                                     By: */s/ Jason D. Sternberg*
                                     William A. Burck (*pro hac vice*)
                                     Derek L. Shaffer (*pro hac vice*)

Alexander J. Merton (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

John F. Bash (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com

Christopher D. Kercher (*pro hac vice*)
Peter H. Fountain (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

*Counsel to Plaintiff Kenneth C. Griffin*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 1st day of April, 2024, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar. No. 72887
jasonsternberg@quinnemanuel.com