**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 1:22-cv-24023-SCOLA/GOODMAN**

| | |
|---|---|
| KENNETH C. GRIFFIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF HEARING (VIA ZOOM)**

PLEASE TAKE NOTICE that a hearing on discovery matters will be held before Magistrate Judge Jonathan Goodman on May 3, 2024 at 3:30 PM EST via Zoom. The discovery matters to be heard include:

- Whether Plaintiff is required to respond to Interrogatory Nos. 5 through 13 by identifying the facts, documents, and persons with knowledge that support contentions in Plaintiff's second amended complaint?

Copies of the relevant source documents will be emailed to Chambers consistent with the procedures set forth in Magistrate Judge Goodman's Discovery Procedures Order. *See* ECF No. 16 at 4.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Undersigned counsel conferred with Plaintiff's counsel by phone on April 1, 2024, and April 8, 2024, in a good-faith effort to resolve by agreement the issue raised herein but were unable to reach any resolution of the issue.

| | |
|---|---|
| Dated: April 15, 2024 | Respectfully Submitted |
| | DAVID A. HUBBERT<br>Deputy Assistant Attorney General |
| | ***Mary Elizabeth Smith***<br>MARY ELIZABETH SMITH<br>Maryland Bar No. 0712110235<br>STEPHANIE A. SASARAK<br>Maryland Bar No. 1012160096<br>BEATRIZ T. SAIZ<br>New Jersey Bar No. 024761995<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 14198<br>Washington, D.C.  20044<br>202-307-2089 (v) | 202-514-4963 (f)<br>Mary.E.Smith@usdoj.gov<br>Stephanie.A.Sasarak@usdoj.gov<br>Beatriz.T.Saiz@usdoj.gov<br>*Counsel for the United States* |
| | Of counsel:<br>MARKENZY LAPOINTE<br>United States Attorney<br>Southern District of Florida |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record.

*<u>Mary Elizabeth Smith</u>*
MARY ELIZABETH SMITH
Trial Attorney
U.S. Dept. of Justice, Tax Division