**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:22-cv-24023-SCOLA/GOODMAN**

KENNETH C. GRIFFIN,

        Plaintiff,

        v.

INTERNAL REVENUE SERVICE and U.S.
DEPARTMENT OF THE TREASURY,

        Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL**
**PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND EXHIBITS**

        This matter is before the Court on Plaintiff Kenneth C. Griffin's Motion to File Under Seal (ECF __). Having considered the motion and response thereto, and being fully advised in the premises, it is **ORDERED AND ADJUDGED**:

    1.    Plaintiff's Motion to File Under Seal is **GRANTED.**

[*continued on next page*]

2.      Mr. Griffin's Motion to Compel Discovery Pursuant To The Court's Administrative Order (the "Motion to Compel"); Exhibit 1 to the Motion to Compel, which is the transcript of Mr. Charles Edward Littlejohn's ("Mr. Littlejohn") deposition; Exhibit 8 to the Motion to Compel, which is correspondence from the Government's counsel to Plaintiff's counsel; and Exhibit 14 to the Motion to Compel, which is the Government's Amended Response to Interrogatories 1-5 and 7-9 and Response to Interrogatories 12-20, **SHALL BE FILED UNDER SEAL** until the Court adjudicates the Parties' confidentiality disputes pursuant to Paragraph XII of the Stipulated Protective Order.

**DONE AND ORDERED** in Miami, Florida on this ___ day of _____, 2024.

_____

Honorable Jonathan Goodman
United States Magistrate Judge