**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-cv-24023-SCOLA/GOODMAN**

KENNETH C. GRIFFIN,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,

    Defendants.

### *TIME SENSITIVE* UNOPPOSED MOTION TO PARTIALLY SEAL EXHIBIT 1 TO MOTION TO COMPEL

Pursuant to Southern District of Florida Local Rule 5.4 and this Court's stipulated Protective Order, ECF 86, Plaintiff Kenneth C. Griffin ("Mr. Griffin") respectfully moves this Court to seal pages 333 to 396 of ECF 111-2, which is Exhibit 1 to Plaintiff's Motion to Compel Pursuant to the Court's Administrative Order (ECF 111), and states as follows:

On April 19, 2024, counsel for Defendants Internal Revenue Service and U.S. Department of Treasury (the "Government") informed counsel for Mr. Griffin that the Government "agree[s] you can file the transcript [of Mr. Charles Edward Littlejohn's deposition] on the public docket as long as the portions that are designated confidential are redacted." Accordingly, when Mr. Griffin filed his Motion to Compel on April 24, he included the redacted transcript of Mr. Littlejohn's deposition. The Government agrees that the transcript is "redacted consistent with the confidentiality designations." However, the Government now asks that pages 333 to 396 of the transcript (which contains the word index for the transcript) also be sealed, and Mr. Griffin agrees that those pages should be sealed pending the Court's adjudication of the parties' confidentiality

dispute. Sealing pages 333 to 396 of the transcript will not cause any additional testimony to be withheld from the public, and good cause exists to seal those pages.

WHEREFORE, Mr. Griffin respectfully requests that the Court grant this motion. A proposed order granting the relief requested herein is attached as Exhibit A.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel conferred with counsel for Defendants by email on April 25, 2024, and consents to Defendants' request to have pages 333 to 396 of ECF 111-2 temporarily sealed from the public view.

Dated: April 25, 2024						Respectfully submitted,

By: *Jason D. Sternberg*
William A. Burck (*pro hac vice*)
Derek L. Shaffer (*pro hac vice*)
Alexander J. Merton (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

John F. Bash (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com

Christopher D. Kercher (*pro hac vice*)
Peter H. Fountain (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

*Counsel to Plaintiff Kenneth C. Griffin*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on this 25th day of April, 2024, I caused a copy of the foregoing document to be filed with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

      By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887
jasonsternberg@quinnemanuel.com