**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-cv-24023-SCOLA/GOODMAN**

KENNETH C. GRIFFIN,

    Plaintiff,

    v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,

    Defendants.

**PLAINTIFF'S NOTICE OF FILING *REDACTED* VERSION OF ECF 111-2
IN COMPLIANCE WITH COURT ORDER (ECF 114)**

Plaintiff Kenneth C. Griffin ("Mr. Griffin"), pursuant to Southern District of Florida Local Rule 5.4, this Court's Stipulated Protective Order (ECF 86), and in compliance with the Court's Order Granting in Part the Time Sensitive Unopposed Motion to Partially Seal Exhibit 1 to the Motion to Compel (ECF 114), hereby gives Notice of Filing of the *REDACTED* Version of ECF 111-2, which is Exhibit 1 to Plaintiff's Motion to Compel Pursuant to the Court's Administrative Order (ECF 111), attached hereto as Exhibit 1.

Dated: April 25, 2024

Respectfully submitted,

By: *Jason D. Sternberg*
William A. Burck (*pro hac vice*)
Derek L. Shaffer (*pro hac vice*)
Alexander J. Merton (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

John F. Bash (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com

Christopher D. Kercher (*pro hac vice*)
Peter H. Fountain (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

*Counsel to Plaintiff Kenneth C. Griffin*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 25th day of April, 2024, I caused a copy of the foregoing document to be filed with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887
jasonsternberg@quinnemanuel.com