UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cv-24023-SCOLA/GOODMAN

KENNETH C. GRIFFIN,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE and U.S.
DEPARTMENT OF THE TREASURY,

    Defendants.
_____/

**POST-DISCOVERY HEARING ADMINISTRATIVE ORDER**

On May 3, 2024, the Undersigned held a Zoom videoconference hearing on the parties' discovery disputes. [ECF Nos. 96; 120; 125; 126]. At the hearing, the Undersigned **ordered** as follows:

By **Friday, May 17, 2024**, Plaintiff will respond to Defendants' Interrogatory Nos. 5 through 13. If it turns out that Plaintiff currently has no facts or information in response to a particular contention interrogatory, then Plaintiff will answer that interrogatory by stating that reality (*e.g.*, I have no facts, I have no documents, and/or I have no information).

**DONE AND ORDERED** in Chambers, in Miami, Florida, on May 3, 2024.

                                                          Jonathan Goodman
                                                          UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Robert N. Scola, Jr.
All Counsel of Record