# EXHIBIT 6



CONFIDENTIAL: Subject to Protective Order in Kenneth C. Griffin v. Internal Revenue Service, Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

IRS-0000895



CONFIDENTIAL: Subject to Protective Order in Kenneth C. Griffin v. Internal Revenue Service, Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

IRS-0000896



CONFIDENTIAL: Subject to Protective Order in Kenneth C. Griffin v. Internal Revenue Service, Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

IRS-0000897