# EXHIBIT 8



CONFIDENTIAL: Subject to Protective Order in Kenneth C. Griffin v. Internal Revenue Service, Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

CONFIDENTIAL: Subject to Protective Order in Kenneth C. Griffin v. Internal Revenue Service, Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

IRS-0000706