# EXHIBIT 9

Case 1:22-cv-24023-RNS   Document 153-10   Entered on FLSD Docket 06/03/2024   Page 2 of 2</>



<="boilerplate">CONFIDENTIAL: Subject to Protective Order in Kenneth C. Griffin v. Internal Revenue Service, Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

IRS-0000216</>