# EXHIBIT 10



CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

DOJ-0000000001



CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)



CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)



CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

DOJ-0000000006



CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

DOJ-0000000007

CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

DOJ-0000000009

CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

DOJ-0000000012

CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)



CONFIDENTIAL:Subject to Protective Order
in Kenneth Griffin v. Internal Revenue Service,
Case No. 1:22-cv-24023-SCOLA/GOODMAN (S.D. Fla.)

DOJ-0000000015