UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24023-SCOLA/GOODMAN

KENNETH C. GRIFFIN,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE and U.S.
DEPARTMENT OF THE TREASURY,

    Defendant.

_____/

**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of 28 U.S.C. § 636(c), and in response to the Court's Second Amended Scheduling Order (ECF 146), the parties submit this joint notice indicating whether they consent to jurisdiction before the designated Magistrate Judge for purposes of final disposition. The parties to the above-captioned civil matter respectfully **decline** to have a United States Magistrate Judge conduct all further proceedings in this case and request to proceed before a District Judge.

| | |
|---|---|
| */s/ Jason D. Sternberg* | */s/ Mary Elizabeth Smith* |
| Jason D. Sternberg | Mary Elizabeth Smith |
| Florida Bar No. 72887 | Maryland Bar No. 0712110235 |
| **QUINN EMANUEL URQUHART** | **Trial Attorney, Tax Division** |
| **& SULLIVAN LLP** | **U.S. Department of Justice** |
| 2601 South Bayshore Dr, Suite 1550 | P.O. Box 14198 |
| Miami, FL 33133 | Washington, D.C. 20044 |
| (305) 402-4880 | 214-880-9779 (v) \| 214-880-9741 (f) |
| jasonsternberg@quinnemanuel.com | Mary.E.Smith@usdoj.gov |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 10th day of June, 2024, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar. No. 72887
jasonsternberg@quinnemanuel.com