UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-cv-24023-SCOLA/GOODMAN

KENNETH C. GRIFFIN,

Plaintiff,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,

Defendants.

**EXPEDITED NOTICE OF HEARING (VIA ZOOM)**

PLEASE TAKE NOTICE that a hearing on discovery matters will be held before Magistrate Judge Jonathan Goodman on June 20, 2024 at 2:30 PM via Zoom. The discovery matters to be heard include:

1.  Whether Defendants' objections to Plaintiff's Rule 30(b)(6) deposition notice should be overruled. The specific objections at issue[1] are:

    a.  Whether, for Topics A and B, the Government is required to produce a designee to testify about all contracts between Booz Allen Hamilton and the IRS that Mr. Littlejohn worked on, or can refuse to produce a designee to testify about contracts Mr. Littlejohn worked on that the Government has deemed "irrelevant";

---

[1] While the Government asserted additional objections to the Rule 30(b)(6) deposition topics, counsel for Plaintiff understands that the Government is not refusing testimony on the basis of those objections (and that they are therefore akin to general objections). This Notice of Hearing therefore identifies the Government's substantive objections to the noticed deposition topics.

1

    b.      Whether, for Topic C, the Government is required to produce a designee to testify regarding the IRS's responses to publicly available TIGTA and GAO reports detailing security deficiencies at the IRS;

    c.      Whether, for Topic D, the Government can refuse, on relevancy and privilege grounds, to produce a designee to testify about the processes or mechanisms by which Mr. Littlejohn was able to unlawfully obtain return information, and when and how the United States learned of Mr. Littlejohn's misappropriation of return information;

    d.      Whether the Government can refuse to produce a designee to testify about Topic F(1) and (2), on the grounds that the allegations in the Second Amended Complaint is not a sufficiently detailed topic and that the date of TIGTA's referral of its investigation to PIN is not relevant.

Copies of the relevant source documents will be emailed to Chambers consistent with the procedures set forth in Magistrate Judge Goodman's Discovery Procedures Order. *See* ECF 16 at 4.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel conferred with counsel for Defendants by phone on June 12, 2024 in a good-faith effort to resolve by agreement the issues raised herein, but were unable to reach any resolution of the issues.

Dated: June 13, 2024       Respectfully submitted,

By: */s/ Jason D. Sternberg*
William A. Burck (*pro hac vice*)
Derek L. Shaffer (*pro hac vice*)
Alexander J. Merton (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8334
williamburck@quinnemanuel.com
derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

John F. Bash (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com

Christopher D. Kercher (*pro hac vice*)
Peter H. Fountain (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

*Counsel to Plaintiff Kenneth C. Griffin*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 13th day of June, 2024, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar. No. 72887
jasonsternberg@quinnemanuel.com