**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:22-cv-24023-SCOLA/GOODMAN**

KENNETH C. GRIFFIN,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,

    Defendants.

**PLAINTIFF'S NOTICE OF FILING *UNREDACTED* VERSIONS OF**
**ECF 111-9 AND 111-15 IN COMPLIANCE WITH COURT ORDER (ECF 160)**

Plaintiff Kenneth C. Griffin ("Mr. Griffin"), in compliance with the Court's Order on Motion to Seal (ECF 160), hereby gives Notice of Filing of the *UNREDACTED* versions[1] of Exhibit 8 and Exhibit 14 to Plaintiff's Motion to Compel Discovery, ECF 111, which had been previously filed as ECF 111-9 and 111-15, respectively.

Dated: June 17, 2024        Respectfully submitted,

                                    By: *Jason D. Sternberg*
                                    William A. Burck (*pro hac vice*)
                                    Derek L. Shaffer (*pro hac vice*)
                                    Alexander J. Merton (*pro hac vice*)
                                    **QUINN EMANUEL URQUHART & SULLIVAN LLP**
                                    1300 I Street, N.W., Suite 900
                                    Washington, DC 20005
                                    (202) 538-8334
                                    williamburck@quinnemanuel.com

---

[1] Exhibit 14 contains certain personally identifiable information of Mr. Charles E. Littlejohn (telephone number, home address, and email addresses). Because this information is personal in nature, it remains redacted.

1

derekshaffer@quinnemanuel.com
ajmerton@quinnemanuel.com

John F. Bash (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
300 West 6th St, Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Jason D. Sternberg (Florida Bar No. 72887)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com

Christopher D. Kercher (*pro hac vice*)
Peter H. Fountain (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor,
New York, New York 10010
(212) 849-7000
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com

*Counsel to Plaintiff Kenneth C. Griffin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 17th day of June, 2024, I caused a copy of the foregoing document to be filed with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

By: */s/ Jason D. Sternberg*
Jason D. Sternberg
Fla. Bar No. 72887
jasonsternberg@quinnemanuel.com