IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:22-cv-24023-SCOLA/GOODMAN

| | |
|---|---|
| KENNETH C. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' NOTICE OF FILING SEMI-REDACTED VERSION OF
ECF No. 118-1 IN COMPLIANCE WITH COURT ORDER (ECF No. 160)**

Defendants the Internal Revenue Service and the Department of Treasury, in compliance with the Court's Order on Motion to Seal (ECF No. 160), give notice of filing of the semi-redacted version of Charles Littlejohn's deposition transcript that was previously filed as ECF No. 118-1.

Dated: June 20, 2024

DAVID A. HUBBERT
Deputy Assistant Attorney General

 /s/ *Mary Elizabeth Smith*
MARY ELIZABETH SMITH
Maryland Bar No. 0712110235
STEPHANIE A. SASARAK
Maryland Bar No. 1012160096
BEATRIZ T. SAIZ
New Jersey Bar No. 024761995
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-307-2089 (v) | 202-514-4963 (f)
Stephanie.A.Sasarak@usdoj.gov
Mary.E.Smith@usdoj.gov
Beatriz.T.Saiz@usdoj.gov
Counsel for the United States

Of counsel:
MARKENZY LAPOINTE
United States Attorney
Southern District of Florida

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record.

*<u>Mary Elizabeth Smith</u>*
MARY ELIZABETH SMITH
Trial Attorney
U.S. Dept. of Justice, Tax Division